**FILED**
October 11, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:17-MJ-00180-DB
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
SHAUNA MARIE BRUMFIELD, )
)
Defendant. )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release **SHAUNE MARIE BRUMFIELD**, Case No. 2:17-MJ-00180-DB, Charge Title 18 USC §§ 1341, 1343, 1956(h), 1956(a)(1)(A)(i), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 25,000 (co-signed)

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        ✔ (Other) with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on October 11, 2017 at 2:45 pm.

By _____
Deborah Barnes
United States Magistrate Judge